# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA LLC<br><br>Plaintiff,<br><br>v.<br><br>THERAPEUTICSMD, INC.,<br><br>Defendant. | C.A. No. 25-670-RGA |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

WHEREAS, Plaintiff Mayne Pharma LLC ("Mayne") and Defendant TherapeuticsMD, Inc. ("TXMD") (collectively, "the Parties") wish to extend the deadline for TXMD to move, answer, or otherwise respond to the Complaint (D.I. 1) from June 24, 2025 to July 28, 2025.

NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties, subject to the approval of the Court, that the deadline for TXMD to move, answer, or otherwise respond to the Complaint (D.I. 1) shall be extended to July 28, 2025.

Dated: June 18, 2025

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Elise K. Wolpert*<br>S. Mark Hurd (#3297)<br>Elise K. Wolpert (#6343)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>shurd@morrisnichols.com<br>ewolpert@morrisnichols.com | */s/ Daniel A. Taylor*<br>Julie M. O'Dell (No. 6191)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>jmo@skjlaw.com<br>dat@skjlaw.com |
| *Attorneys for Plaintiff Mayne Pharma LLC* | *Attorneys for Defendant TherapeuticsMD, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2025.

_____
Richard G. Andrews
United States District Court Judge