# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THERAPEUTICSMD, INC.,<br><br>　　　　Defendant. | C.A. No. 25-670-RGA |

## THERAPEUTICMD'S MOTION TO DISMISS

Defendant TherapeuticsMD, Inc. ("TXMD") respectfully moves the Court to dismiss this action pursuant to the first-to-file rule. TXMD also moves, pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Count IV of the complaint. The grounds for this motion are fully set forth in the opening brief in support of this motion, filed contemporaneously herewith.

Date: July 28, 2025

　　　　　　　　　　　　　　　　　　　　**SMITH KATZENSTEIN & JENKINS LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel A. Taylor*
　　　　　　　　　　　　　　　　　　　　Julie M. O'Dell (No. 6191)
　　　　　　　　　　　　　　　　　　　　Daniel A. Taylor (No. 6934)
　　　　　　　　　　　　　　　　　　　　1000 West Street, Suite 1501
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 652-8400
　　　　　　　　　　　　　　　　　　　　jmo@skjlaw.com
　　　　　　　　　　　　　　　　　　　　dat@skjlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant TherapeuticsMD, Inc.*