# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAYNE PHARMA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THERAPEUTICSMD, INC.,<br><br>　　　　Defendant. | C.A. No. 25-670-RGA |

**[PROPOSED] ORDER**

At Wilmington, on this ___ day of _____, 202_;

The Court having considered the briefing on Defendant's Motion to Dismiss;

IT IS HEREBY ORDERED THAT the Motion is GRANTED:

1. The Complaint (D.I. 1) is dismissed for failure to state a claim under the first-to file rule; and/or

2. Count IV of the Complaint (D.I. 1) is dismissed with prejudice

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard G. Andrews
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge