IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA COMMERCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>THERAPEUTICSMD, INC.,<br><br>Defendant. | C.A. No. 25-cv-670-RGA |

**STIPULATION AND [PROPOSED] ORDER GOVERNING BRIEFING ON
DEFENDANT'S MOTION TO DISMISS**

WHEREAS, Plaintiff Mayne Pharma Commercial LLC ("Mayne") and Defendant TherapeuticsMD, Inc. ("TXMD") (collectively, the "Parties"), wish to stipulate to a briefing schedule on TXMD's Motion to Dismiss (D.I. 11) ("Motion to Dismiss").

NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties, subject to the approval of the Court, that the following schedule shall govern briefing on the Motion to Dismiss:

1. Mayne shall file its answering brief in opposition to the Motion to Dismiss on or before August 18, 2025.

2. TXMD shall file its reply brief in further support of the Motion to Dismiss on or before September 8, 2025.

DATED: August 11, 2025

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH KATZENSTEIN & JENKINS LLP |
| | |
| */s/ Jacob M. Perrone* | */s/ Daniel A. Taylor* |
| S. Mark Hurd (#3297) | Julie M. O'Dell (#6191) |
| Jacob M. Perrone (#7250) | Daniel A. Taylor (#6934) |
| 1201 N. Market Street | 1000 West Street, Suite 1501 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 652-8400 |
| (302) 658-9200 | jmo@skjlaw.com |
| shurd@morrisnichols.com | dat@skjlaw.com |
| jperrone@morrrisnichols.com | |
| | *Attorneys for Defendant* |
| OF COUNSEL: | |
| | |
| Aaron F. Miner | |
| Matthew F. Medina | |
| ARNOLD & PORTER | |
| KAYE SCHOLER LLP | |
| 250 W. 55th Street | |
| New York, NY 10019 | |
| (212) 836-8000 | |
| | |
| *Attorneys for Plaintiff* | |

SO ORDERED this ___ day of August, 2025.

_____
The Honorable Richard G. Andrews
United States District Judge