# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA LLC<br><br>    Plaintiff,<br><br>    v.<br><br>THERAPEUTICSMD, INC.,<br><br>    Defendant. | C.A. No. 25-670-RGA |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant TherapeuticsMD, Inc. ("TXMD") makes the following disclosure:

1. Pursuant to Rule 7.1(a)(1), TXMD is a publicly-traded company. Rubric Capital Management LP owns more than 10% of the stock of TXMD.

2. Pursuant to Rule 7.1(a)(2), TXMD is a Nevada corporation with a principal place of business in Coconut Creek, Florida.

Dated: March 5, 2026

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Julie M. O'Dell (No. 6191)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
jmo@skjlaw.com
dat@skjlaw.com

*Attorneys for Defendant TherapeuticsMD, Inc.*