# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAYNE PHARMA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:25-cv-00670-RGA |
| v. | ) |
| | ) |
| THERAPEUTICSMD, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S AMENDED FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), by and through its undersigned counsel, Plaintiff Mayne Pharma LLC ("Plaintiff") states that (1) it is a Delaware limited liability company, (2) it is a wholly-owned subsidiary of Mayne Pharma Commercial LLC, a North Carolina limited liability company, which is in turn solely owned by Mayne Holdings US Inc., a North Carolina corporation with its principal place of business in Raleigh, North Carolina, which in turn is solely owned by Mayne Pharma Group Limited, an Australian corporation, and (3) Mayne Pharma Group Limited, the indirect parent of Plaintiff, is publicly-traded on the Australia Securities Exchange under the code MYX.

|  |  |
|---|---|
| OF COUNSEL:<br><br>ARNOLD & PORTER<br> KAYE SCHOLER LLP<br>Aaron Miner<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-8000<br>Aaron.Miner@arnoldporter.com<br><br>March 9, 2026 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ S. Mark Hurd<br>S. Mark Hurd (#3297)<br>Jacob M. Perrone (#7250)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>shurd@morrisnichols.com<br>jperrone@morrisnichols.com<br><br>*Attorneys for Plaintiff*<br>*Mayne Pharma LLC* |