IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAYNE PHARMA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-670-CFC |
| | ) | |
| THERAPEUTICSMD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before me are Defendant TherapeuticsMD, Inc.'s objections to the Magistrate Judge's Report and Recommendation (R&R) issued on March 23, 2026 (D.I. 22). D.I. 23. The Magistrate Judge recommended in the R&R that I grant in part and deny in part TherapeuticsMD's motion to dismiss (D.I. 11). Specifically, the Magistrate Judge recommended that I deny the motion insofar as it sought dismissal of Plaintiff Mayne Pharma, LLC's Complaint under the first-to-file rule and grant the motion insofar as it sought dismissal of Mayne's fraudulent inducement claim alleged in Count IV of the Complaint. Mayne has not objected to the Magistrate Judge's recommendation that I dismiss Count IV. TherapeuticsMD objects to the Magistrate Judge's recommendation that I not dismiss the Complaint under the first-to-file rule.

I review the Magistrate Judge's findings and recommendations de novo.

§ 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3); *Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011).

I agree with the Magistrate Judge's analysis and conclusion that dismissal under the first-to-file rule is inappropriate here. D.I. 22 at 4–6.

NOW THEREFORE, at Wilmington on this Eighth Day of September in 2026, it is HEREBY ORDERED that:

1. Defendant's Objections to the Magistrate Judge's Report and Recommendation (D.I. 23) are OVERRULED;
2. The Report and Recommendation (D.I. 22) is ADOPTED;
3. Defendant's motion to dismiss (D.I. 11) is GRANTED IN PART AND DENIED IN PART.
4. Count IV is DISMISSED without prejudice to seek leave to amend.

UNITED STATES DISTRICT JUDGE